UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re ex parte Application of RTI LIMITED to
Take Discovery For Use in Actions Pending in
the District Court of Nicosia, Cyprus, and
Anticipated in the Court of Moscow, Russia

Case No. 12-misc-119

---

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Under Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for RTI Limited, a private non-governmental party organized under the laws of the Bailiwick of Jersey, certifies that United Company Rusal PLC, also of Jersey, owns 100% of RTI Limited's stock.

Dated: April 13, 2012

Respectfully submitted,

Timothy S. Pfeifer (tpfeifer@bakerlaw.com)
M. Elizabeth Howe (bhowe@bakerlaw.com)
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
212-589-4200 (tel.)
212-589-4201 (fax)

*Attorneys for RTI Limited*