UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In Re ex parte Application of RTI Limited to Take Discovery
for Use in Actions Pending in the District Court of Nicosia, Cyprus,     12 misc 119 (Part One)
and Anticipated in the Court of Moscow, Russia,
-----------------------------------------------------------------X

## ORDER

A conference in this matter will be held on **Thursday, May 16, 2013 at 3:00pm.**

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 30, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/1/13